Arthur Schroeder, attorney for appellant.

Brandt & Hoffmann, attorneys for appellee.

---

## Frank T. Fowler v. Chicago Title & Trust Co., Assignee.

### Appeal from the County Court of Cook County.

This was an appeal from the County Court.   The question involved was whether the appellant was entitled, as purchaser at a sale by the assignee, of a certain account on which it was alleged there was a balance due the insolvent estate.   The court found against the appellant.   The question was mainly one of fact.   The judgment was reversed and the cause remanded with directions.

Opinion filed February 23, 1899.

Tenney, McConnell, Coffeen & Harding, attorneys for appellant.

Smith, Helmer, Moulton & Price, and Conrad H. Poppenhusen, attorneys for appellee.